■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEROME SMITH, Appellant, v. VINCENT R. MANCUSI, as Superintendent of Attica Correctional Facility, Respondent.— Judgment unanimously affirmed. Memorandum: Habeas corpus is not the proper remedy. (See *People ex rel. Fitzgerald* v. *Casscles*, 28 N Y 2d 866.) (Appeal from judgment of Wyoming County Court dismissing writ of